FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AUG 19 1999
JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States District Court
Eastern District of Washington

1
2
3  Bart Blackburn           Civil Rights Complaint
4    vs                     42 USC 1983  C5980450 FV
5  Rick Moss                2nd amended
6
7      I Bart Blackburn, haveing been sworn
8  disposes and says:
9      I am the plaintiff herin, with a hearing
10 impairment and Bipolar disabilities, with a
11 long standing histry, per the following:
12
13     Hearing impaired
14     Duffey vs Riveland   Settlement agreement
15     attatched herin.
16     D.O.C. Policey 490-050
17     A.D.A. 1990 Section 11-2 5000
18
19     I have the Right as a disabled offender
20 to access to, Camp, Pre Release, Work Release.
21
22     A.D.A. act 1990 Section 11-2 1000
23     D.O.C. policey 490-050 page 9 xx "case
24 by case basis" page 8 xviii "offender
25 programs Section B case by case basis."
26 page 8 xix "program access determination
27 by staff Qualified to evaluate"
28     Yeskey vs Penn. DOC 118 f 30 168. 1998

Page 1

1. Plaintiff a disabled offender herin sought
2. under D.O.C. policey 490-050 page 4 section(s)
3. B and C, to access offender programs. Rick
4. Moss Responded "I don't send dings on
5. meds to camp" See also 490-050 atta. 1 at seg
6.
7. Rick Moss prepared a Classification
8. Referal form used at his hearing on
9. September 15, 1998. this form states no
10. less than 3 times Due to his takeing of
11. perscibed medications he is unable to
12. progress past M13 status See yeskey VS
13. Penn. D.O.C, 118 f 3d 168(98) This form did
14. not have any mention therin of my partis-
15. ipation in: Psych Counsiling A-A, anger
16. managment or chemical awarness or
17. that I had a G.E.D.
18.
19. Rick Moss Personely and under color
20. of athority, Refused to follow proceedurs
21. outlined herin or per DOC policey 490-050
22. page 11, Referance to D.O.C. 300-380 page
23. 3 at 3 "exception to placement overide
24. Review" to Remndey
25.
26. Plaintiff aledges Rick Moss is quality
27. of discrimination by denying access to
28. a disabled person to the benifit of -

Page 2

1  programs in the deparment of corrections
2  based soley on his use of perscribed
3  medication(s) for his disability. he Rick
4  moss exscluded me from programs as
5  described herin on my disability and for
6  no other cause.
7
8     Plaintiff was "Work Release" eligable as of
9  march 1999 and has lost money and
10 faces a very difficult adjustment.
11 (see Judgement and sentance appendix
12 H items 14 thru 18) "Lincolin House"
13 Work Release in tacoma is structured
14 to help disabled offenders with S.S.
15 after care, medications, housing and
16 mental health issues, I'am very much
17 Qualified for this program and was
18 denied consideration or access to
19 it.
20    I was assaulted on march 12, 1999
21 as a Resault of not being transf-
22 ered to minimum security, Camp
23 or pre-Release, Rich moss is the
24 party Responsable by his actions
25 herin for my being denied a tran-
26 sfer for which I was Qualified for.
27 Had he not violated my civil Rights this
28 assault could not have occured.

1  Attatchment to and incorperated into the
2 second amended complaint.
3  The date 9-14-98 is the date of the
4 Classification Referal. 9-24-98 Reflects
5 the hearing date.
6  9-14-98 Rick Moss targeted me to continue
7 to Remain fraucluanty in a G.e.d. course. he
8 was aweare I was disabled and that I
9 could not legaly take a second G.e.d. test,
10 and that I had a G.e.d.
11  Rick moss and I discused the above
12 issue prior to my classification, I told
13 him I shoudant have to commit fraud
14 myself in order to get out of full time
15 G.e.d Class. He Responded "that your pro-
16 blem" Rick moss Refused a Request to call
17 and verify my G.e.d. status.
18  I now aledge a sperate count of vio-
19 lation of A.D.A. 1990 etseq. by Rick Moss
20 the status of full time G.e.d. by WSP
21 Rules, bars acess to this disabled off-
22 ender from access to Auto body or
23 drafting or a paying job in industry.
24  Plaintiff came to D.O.C. his S.S. disa-
25 bily payments stoped. He could have
26 began those payments on 3-18-99
27 if moss would have allowed him
28 access to Licolin Rap hous he was

Page
3-A

eligable for medical care.

No meaningful care is provided at this time.

**Outline**

A. Discrimination of (ADA Offender)
B. Access to program(s) (2 counts)
C. Failure to follow manditory Rules
D. (for Dissabled Offenders) hearing
E. Contributory actions (Assault)
F. Party to denying access to (greivance)
G. Breach of Contract in re Duffy vs Riveland et al   (To be Filed in State Court)
H. To "Hide" from classification my partisipation in Anger mgt, Chemical dependancy, psych and true medical status
H.1 G.E.D. fraud Resaulting in access to programs, being denied to a disabled offender. ADA Act 1990 et seg.

**Releif Sought**

See telaphonic Notice of motion

The forgoing is true and correct under purjury

5-16-99 [signature]
at Walla Walla Wa

1  I beleiv that Rick moss was in
2  colusion with Van Slyke greavance
3  coardinator at W.S.P. and will
4  testify under oath to my observa-
5  tions. Mr Van Slyke will be called
6  as a witness by me, to testify as to
7  his Reasons for denieing me acces
8  to the greuvance system past the 1st
9  level.
10  Rick mosses statements to me the exhibit
11  classification Referal herin and his
12  colusion as aledged all go towards
13  proving the aledged discrimination
14  and exsclusion of a disabled offender
15  from programs in D.O.C.
16  Plaintiff will seek apropriate Redress
17  as well as punitive Redress from Rick
18  Moss the person and in his offical
19  capacities, and a order of the Court
20  for a preliminary injunction
21
22  The forgoing is true and correct
23  at WSP
24  by... [signature]
25  on... July 3 1999

Page 4

1. Bart Blackburn                    CS-98-0450 FVS
2.      vs                           ADA Complaint
3. Rick Moss                         Witness List
4.
5. Dr. Moulton pschiatric Consultant at W.S.P
6. MSC and MSU facilities
7. Testimoney will testify to issuing my medi-
8. ications while I've been here and also to
9. other offenders at MSU Reason(s) for meds.
10.
11. Rick Cross medical employee of WSP will
12. testify as to pulis codes. psych proceedures
13. medication policies at WSP MSU
14.
15. Jane Snyder Questions as to providing me
16. Cousiling, personel knowlege of a meeting
17. between Dr Moulton, Rick Cross, her and
18. myself  Counselor MSC
19.
20. Dr L Zimmerman, as to diagnosis and treat-
21. ment with meds (Richland)
22.
23. Van Slyke greivance coaridinateo at
24. WSP MSC Blue Mountain Unit. Why he
25. declined to process my greivances and also
26. intercepted and stoped my Appeals post
27. the 1st level to the Superintendant Questioned
28. as to Conspiracey in the Case.

Page 1

1  P.A. Fletcher as to my medical problems at
2  various dates while at MSC he is a Regular
3  employee at WSP
4
5  Mr. Denson Rick Mosses Boss Denson is C.U.S.
6  at Blue Mountain Unit MSC WSP. Questioned
7  as to Reason for his stand on my ADA complaint
8  backing Rick moss when he was wrong keeping
9  me in a GED class with full knowlege that I
10 had a GED.  exclusion from Programs
11
12 Unknown exspert psycharist witness to examine
13 medical documents and me to testify as to
14 my hearing impairment, bipolar disorder and
15 my aledged disabilities. Provided by the court
16
17 Rick Moss verifieing his preperation of documents
18 and other relivant matters  exclusion from programs
19
20 Head of WSP GED Program as to fraud
21 and exsclusion of a Disabled Offender
22 from Programs
23
24 Hospital Record early 50's of a professional
25 and complete hearing examination Resoults
26 goes to hearing impairment from Harborview Seattle
27
28 S.S. Records long standing disability   10 years of Records

Page 2

1. Medical & Psych Jacket Complete as is all
2. tests x-rays medications procedures Requests
3. by anyone for procedures. lay ins (Complete
4. medical file) from April 14, 1998 to present
5. WSP DOC at Walla Walla.
6.
7. All pictures documents now in the district
8. attorneys possesion at Walla Walla Superior
9. court in Re. Wayne Rugg for felony
10. assault at WSP MSC. (Assault)
11.
12. All School and other program partisipation
13. of myself while at MSC grades. (Fraud)
14.
15. Any Greivances now on file at WSP by
16. my self        (Barred from access)
17.
18.    Sergeant Gilespie as to my functioning while
19. in BMU.
20.
21.
22.
23.
24.
25.
26.
27.
28.

Page 3